# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jessica Mary Hilbert            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-12802 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                             Respectfully submitted,

                                        /s/ *Michael Farrington*

                                        Michael Farrington
                                        27 Oct 2022, 12:50:29, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322