United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                      Case No. 22-12802-pmm

Jessica Mary Hilbert                                                                      Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                    User: admin                                                      Page 1 of 3

Date Rcvd: Feb 23, 2023                         Form ID: pdf900                                          Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Mary Hilbert, 102 S Whiteoak Street, Kutztown, PA 19530-1624 |
| 14729699 | + | First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711 |
| 14732601 | + | PENNYMAC LOAN SERVICES, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 24 2023 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2023 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 00:12:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14729693 | + | Email/Text: bankruptcy@rentacenter.com | Feb 24 2023 00:06:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 14729694 | + | Email/Text: bankruptcy@bbandt.com | Feb 24 2023 00:05:00 | BB&T, PO Box 849, Wilson, NC 27894-0849 |
| 14745364 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 24 2023 00:05:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14729695 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 24 2023 00:05:00 | Caine & Weiner, 12005 Ford Rd - Ste 300, Dallas, TX 75234-7262 |
| 14729697 | + | Email/Text: bankruptcy@credencerm.com | Feb 24 2023 00:05:00 | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14729698 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 24 2023 00:05:00 | DriveTime/Bridgecrest, 7300 E Hampton Ave - Ste 101, Mesa, AZ 85209-3324 |
| 14729700 | ^ | MEBN | Feb 24 2023 00:00:17 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14730527 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2023 00:13:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14729701 | + | Email/Text: bnc-capio@quantum3group.com | Feb 24 2023 00:05:00 | MBA Law Offices, 3400 Texoma Pkwy, Suite 100, Sherman, TX 75090-1916 |
| 14729702 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2023 00:05:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14737072 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 24 2023 00:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14729703 | + | Email/PDF: ebnotices@pnmac.com | Feb 24 2023 00:12:47 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14744077 | + | Email/PDF: ebnotices@pnmac.com | Feb 24 2023 00:12:55 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14732952 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2023 00:05:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14729704 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2023 00:12:45 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14729758 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 00:12:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14729705 | + | Email/Text: Bankruptcy@TekCollect.com | Feb 24 2023 00:05:00 | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14742922 | + | Email/Text: bankruptcy@bbandt.com | Feb 24 2023 00:05:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, 306-40-06-10, Richmond VA 23286-0001 |
| 14729706 | + | Email/Text: bankruptcy@bbandt.com | Feb 24 2023 00:05:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 14729707 | | Email/Text: bankruptcy@uscbcorporation.com | Feb 24 2023 00:05:00 | USCB Corporation, 101 Harrison Street, Archbald, PA 18403 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14729696 | ##+ | Christopher Hilbert, 102 Whiteoak Street, Kutztown, PA 19530-1624 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Jessica Mary Hilbert claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf900 | Total Noticed: 26 |

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Jessica Mary Hilbert<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 22-12802-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 23, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE