**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: JESSICA MARY HILBERT** | ) | **CASE NO. 22-12802** |
| | ) | |
| **Debtors** | ) | **CHAPTER 13** |

### ORDER

Upon consideration of the Debtor's Motion to Reconsider Dismissal,

**IT IS HEREBY ORDERED** that the February 23, 2023 Order dismissing the above captioned case is hereby VACATED, case number 22-12802 is reinstated, and the automatic stay imposed by 11 U.S.C. 362 is reinstated and will remain in full effect until further order of this Court.

BY THE COURT:

**Date: April 6, 2023**

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge