United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jessica Mary Hilbert  
    Debtor

Case No. 22-12802-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Apr 06, 2023      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Mary Hilbert, 102 S Whiteoak Street, Kutztown, PA 19530-1624 |
| 14729699 | + | First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711 |
| 14732601 | + | PENNYMAC LOAN SERVICES, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 06 2023 23:45:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 06 2023 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 23:51:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14729693 | + | Email/Text: bankruptcy@rentacenter.com | Apr 06 2023 23:46:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 14729694 | + | Email/Text: bankruptcy@bbandt.com | Apr 06 2023 23:46:00 | BB&T, PO Box 849, Wilson, NC 27894-0849 |
| 14745364 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 06 2023 23:46:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14729695 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 06 2023 23:46:00 | Caine & Weiner, 12005 Ford Rd - Ste 300, Dallas, TX 75234-7262 |
| 14729697 | + | Email/Text: bankruptcy@credencerm.com | Apr 06 2023 23:46:00 | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14729698 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 06 2023 23:46:00 | DriveTime/Bridgecrest, 7300 E Hampton Ave - Ste 101, Mesa, AZ 85209-3324 |
| 14729700 | ^ | MEBN | Apr 06 2023 23:42:28 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14730527 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2023 23:51:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14729701 | + | Email/Text: bnc-capio@quantum3group.com | Apr 06 2023 23:46:00 | MBA Law Offices, 3400 Texoma Pkwy, Suite 100, Sherman, TX 75090-1916 |
| 14729702 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 23:46:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14737072 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 06 2023 23:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14729703 | + | Email/PDF: ebnotices@pnmac.com | Apr 06 2023 23:51:47 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14744077 | + | Email/PDF: ebnotices@pnmac.com | Apr 06 2023 23:51:50 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14732952 | | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2023 23:46:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14729704 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2023 23:51:47 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14729758 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 23:51:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14729705 | + | Email/Text: Bankruptcy@TekCollect.com | Apr 06 2023 23:45:00 | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14742922 | + | Email/Text: bankruptcy@bbandt.com | Apr 06 2023 23:46:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, 306-40-06-10, Richmond VA 23286-0001 |
| 14729706 | + | Email/Text: bankruptcy@bbandt.com | Apr 06 2023 23:46:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 14729707 | | Email/Text: bankruptcy@uscbcorporation.com | Apr 06 2023 23:45:00 | USCB Corporation, 101 Harrison Street, Archbald, PA 18403 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14729696 | ##+ | Christopher Hilbert, 102 Whiteoak Street, Kutztown, PA 19530-1624 |
| 14729697 | ##+ | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Jessica Mary Hilbert claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 06, 2023 | Form ID: pdf900 | Total Noticed: 25 |

SCOTT F. WATERMAN [Chapter 13]
                       ECFMail@ReadingCh13.com

United States Trustee
                       USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: JESSICA MARY HILBERT | ) | CASE NO. 22-12802 |
| | ) | |
| Debtors | ) | CHAPTER 13 |

## ORDER

Upon consideration of the Debtor's Motion to Reconsider Dismissal,

**IT IS HEREBY ORDERED** that the February 23, 2023 Order dismissing the above captioned case is hereby VACATED, case number 22-12802 is reinstated, and the automatic stay imposed by 11 U.S.C. 362 is reinstated and will remain in full effect until further order of this Court.

**Date: April 6, 2023**

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge