UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :
                                             :
   JESSICA MARY HILBERT,        : Bankruptcy No. 22-12802-PMM
                                             :
                     Debtor(s)    : Chapter 13

## PRAECIPE

Please withdraw the Chapter 13 Trustee's Final Report on or about February 24, 2023 at docket entry number 22 in the above referenced case. This case was reopened.

                                  Respectfully submitted,

April 11, 2023

                                  */s/ Scott F. Waterman*
                                  Scott F. Waterman, Esq.
                                  Chapter 13 Standing Trustee