Jessica Mary Hilbert
102 S Whiteoak Street
Kutztown, PA  19530

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jessica Mary Hilbert<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-12802-PMM |

## PRAECIPE

TO THE CLERK:

Kindly (re)schedule a Confirmation Hearing on May 04, 2023 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), counsel for debtor(s), standing chapter 13 trustee all creditors.

Respectfully Submitted

Date: April 17, 2023

*/s/ Scott F. Waterman*
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee