United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 22-12802-pmm
Jessica Mary Hilbert   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Apr 18, 2023     Form ID: 152     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Mary Hilbert, 102 S Whiteoak Street, Kutztown, PA 19530-1624 |
| 14729699 | + | First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711 |
| 14732601 | + | PENNYMAC LOAN SERVICES, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 18 2023 23:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 18 2023 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 23:45:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14729693 | + | Email/Text: bankruptcy@rentacenter.com | Apr 18 2023 23:46:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 14729694 | + | Email/Text: bankruptcy@bbandt.com | Apr 18 2023 23:46:00 | BB&T, PO Box 849, Wilson, NC 27894-0849 |
| 14745364 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 18 2023 23:46:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14729695 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 18 2023 23:46:00 | Caine & Weiner, 12005 Ford Rd - Ste 300, Dallas, TX 75234-7262 |
| 14729697 | + | Email/Text: bankruptcy@credencerm.com | Apr 18 2023 23:46:00 | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14729698 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 18 2023 23:46:00 | DriveTime/Bridgecrest, 7300 E Hampton Ave - Ste 101, Mesa, AZ 85209-3324 |
| 14729700 | ^ | MEBN | Apr 18 2023 23:37:22 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14730527 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2023 23:45:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14729701 | + | Email/Text: bnc-capio@quantum3group.com | Apr 18 2023 23:46:00 | MBA Law Offices, 3400 Texoma Pkwy, Suite 100, Sherman, TX 75090-1916 |
| 14729702 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2023 23:46:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14737072 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: admin | | Page 2 of 3 |
| Date Rcvd: Apr 18, 2023 | Form ID: 152 | | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 18 2023 23:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14729703 | + | Email/PDF: ebnotices@pnmac.com | Apr 18 2023 23:45:32 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14744077 | + | Email/PDF: ebnotices@pnmac.com | Apr 18 2023 23:45:17 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14732952 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:46:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14729704 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2023 23:45:17 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14729758 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 23:45:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14729705 | + | Email/Text: Bankruptcy@TekCollect.com | Apr 18 2023 23:46:00 | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14742922 | + | Email/Text: bankruptcy@bbandt.com | Apr 18 2023 23:46:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, 306-40-06-10, Richmond VA 23286-0001 |
| 14729706 | + | Email/Text: bankruptcy@bbandt.com | Apr 18 2023 23:46:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 14729707 | | Email/Text: bankruptcy@uscbcorporation.com | Apr 18 2023 23:46:00 | USCB Corporation, 101 Harrison Street, Archbald, PA 18403 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14729696 | ##+ | Christopher Hilbert, 102 Whiteoak Street, Kutztown, PA 19530-1624 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

**Name**    **Email Address**

CHARLES LAPUTKA
    on behalf of Debtor Jessica Mary Hilbert claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Apr 18, 2023 | Form ID: 152 | Total Noticed: 26

        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jessica Mary Hilbert
    Debtor(s)

Case No: 22−12802−pmm

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 5/4/23 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

33
Form 152