**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Jessica Mary Hilbert** | **Case # 22-12802-PMM** |
| **Debtor** | **CHAPTER 13** |

### NOTICE OF CHANGE OF ADDRESS

I, Charles Laputka, Esquire, hereby state that the Debtor, Jessica Mary Hilbert's new address is:

704 Highland Ave
Kutztown, PA 19530

Date: <u>May 10, 2023</u>                                                    Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102