**IN THE UNITED STATES BANKRUPTCY COURT FOR**
EASTERN                **DISTRICT OF** PENNSYLVANIA
READING                **DIVISION**

In re

JESSICA MARY HILBERT

|                                        | In Chapter 13 Proceeding |
| Debtors.                               | Case No. 22-12802        |

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 10/20/2022 Docket Number 9 .

Dated:  This 10 th day of July , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

CHARLES LAPUTKA
Attorney

SCOTT WATERMAN
Chapter 13 Trustee


Dated:  This 10 th day of July , 2023


By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257