Certificate Number: 17082-PAE-DE-037649322

Bankruptcy Case Number: 22-12802



17082-PAE-DE-037649322

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2023, at 8:00 o'clock AM MST, JESSICA M HILBERT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 4, 2023                By:    /s/Orsolya K Lazar

                                      Name:  Orsolya K Lazar

                                      Title: Executive Director