United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jessica Mary Hilbert  
    Debtor

Case No. 22-12802-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Sep 13, 2023      Form ID: 318      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Mary Hilbert, 704 Highland Ave, Kutztown, PA 19530-1306 |
| 14729699 | + | First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 13 2023 23:47:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 13 2023 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14729693 | + | Email/Text: bankruptcy@rentacenter.com | Sep 13 2023 23:48:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 14729694 | + | Email/Text: bankruptcy@bbandt.com | Sep 13 2023 23:47:00 | BB&T, PO Box 849, Wilson, NC 27894-0849 |
| 14745364 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 13 2023 23:48:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14729695 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 13 2023 23:47:00 | Caine & Weiner, 12005 Ford Rd - Ste 300, Dallas, TX 75234-7262 |
| 14729697 | + | Email/Text: bankruptcy@credencerm.com | Sep 13 2023 23:48:00 | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14729698 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 13 2023 23:48:00 | DriveTime/Bridgecrest, 7300 E Hampton Ave - Ste 101, Mesa, AZ 85209-3324 |
| 14729700 | ^ | MEBN | Sep 13 2023 23:45:03 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14730527 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2023 23:51:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14729701 | + | EDI: CAPIO.COM | Sep 14 2023 03:50:00 | MBA Law Offices, 3400 Texoma Pkwy, Suite 100, Sherman, TX 75090-1916 |
| 14729702 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2023 23:48:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14737072 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2023 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14729703 | + | Email/PDF: ebnotices@pnmac.com | Sep 14 2023 00:02:46 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |

Case 22-12802-pmm   Doc 58   Filed 09/15/23   Entered 09/16/23 00:31:34   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: 318 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14744077 | + | Email/PDF: ebnotices@pnmac.com | Sep 14 2023 00:02:46 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14732952 | | EDI: Q3G.COM | Sep 14 2023 03:50:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14729704 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2023 00:02:50 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14729705 | + | Email/Text: Bankruptcy@TekCollect.com | Sep 13 2023 23:47:00 | Tek-Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 14742922 | + | Email/Text: bankruptcy@bbandt.com | Sep 13 2023 23:47:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, 306-40-06-10, Richmond VA 23286-0001 |
| 14729706 | + | Email/Text: bankruptcy@bbandt.com | Sep 13 2023 23:47:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 14729707 | | Email/Text: bankruptcy@uscbcorporation.com | Sep 13 2023 23:47:00 | USCB Corporation, 101 Harrison Street, Archbald, PA 18403 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14729696 | ##+ | Christopher Hilbert, 102 Whiteoak Street, Kutztown, PA 19530-1624 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2023                       Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Jessica Mary Hilbert claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Sep 13, 2023 Form ID: 318 Total Noticed: 23

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jessica Mary Hilbert<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6010<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 22–12802–pmm | |

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jessica Mary Hilbert

9/13/23                                                **By the court:**   Patricia M. Mayer
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**